UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 74.90.131.64,

                Defendant.

---

Case No. 2:18-cv-06440-SJF-SIL

## NOTICE OF SERVICE

Plaintiff, Malibu Media, LLC, hereby gives notice regarding service on Defendant, John Doe subscriber assigned IP address 74.90.131.64 ("Defendant"). Plaintiff was recently notified by its process server that service was completed on December 10, 2019. Upon receipt of the Affidavit of Service from the process server, Plaintiff will immediately file proof of service with the court.

Dated: January 6, 2020

                                            Respectfully submitted,

By:   /s/ *Kevin T. Conway*
        Kevin T. Conway, Esq. (KC-3347)
        80 Red Schoolhouse Road, Suite 110
        Spring Valley, New York 10977-6201
        T: 845-352-0206
        F: 845-352-0481
        E-mail: ktcmalibu@gmail.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: */s/ Kevin T. Conway*
                                                  KEVIN T. CONWAY, ESQ.